82,778-01

COURT OF CRIMINAL APPEALS WRIT NO. WR-82,778-01
TARRANT COUNTY TEXAS WRIT NO.C-396-010272-1152016-A

EX PARTE                           §
                                   §
                                   §   IN THE COURT OF CRIMINAL APPEALS
                                   §   OF TEXAS, IN AUSTIN, TX.
                                   §
DESMOND LEDET                      §

PROOF THE APPLICANT OBJECTED TO THE ᴠHABEAS TRIAL COURT'S FAILURE
TO **DEVELOP THE FACTS** PERTAINING TO EACH GROUND EVEN THOUGH THE
APPLICANT REQUESTED A HEARING TO DO SO SEVERAL TIMES IN THE MEMO-
                  RANDUM, AND IN MULTIPLE MOTIONS;  &
PROOF THE APPLICANT REQUESTED THE TRIAL COURT TO MAKE A RULING
ON ALL OF THE MOTIONS FILED IN THE TRIAL COURT(WHICH ARE MANY)
SEEKING AN EVIDENTIARY HEARING, OR DILIGENTLY SEEKING TO DEVE-
     LOP THE FACTS IN REGARDS TO ANY OF HIS GROUNDS RAISED,
        PRIOR TO THE APPLICANT BEING DELIVERED NOTICE THAT
   THE TRIAL COURT ADOPTED THE STATE'S PROPOSED  FACT FINDINGS
                  AND LEGAL CONCLUSIONS.

   **TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

   The Applicant, Desmond Ledet, humbly presents:

1: Prior to the Applicant being delivered the notice through
   prison mailroom that the trial court adopted the State's
   erroneous proposed findings of fact and conclusions of law
   the Applicant had already filed the **NOW ATTACHED(TIME FILED
   STAMPED COPY) OBJECTION AND REQUEST.** See pages 2 ⌐ 4  of
   this notice of proof.

2: Prison mailroom records will verify that the Applicant was
   delivered the notice the trial court adopted the State's
   incomplete and inaccurate findings and legal conclusions at
   the prison mailroom on **Jan.28th, 2015.**

3: **One day prior to that, the Applicant's mother hand deliver-
   ed the now attached time filed stamped objection/& request.
   On Jan. 27th, 2015.**  PLEASE SEE THAT OBJECTION AND REQUEST.

4: At no point did the Applicant fail to diligently seek to
   properly develop the record,  yet the trial court refused
   to adequately do so.  Because the Applicant does not know
   if the attached document was sent to this Court, he has re-
   spectfully forwarded the attached copy for your review.

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**FEB 23 2015**

**Abel Acosta, Clerk**

Respectfully Submitted,

*Desmond Ledet*
Desmond Ledet #01651095
Telford Unit
3899 State Hwy.98
New Boston, TX 75570

proof-objection/request
p.1 of 4

**(3 page exhibit now
attached, p.2-4)**

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JAN 27 2015

TIME_____

BY_____ DEPUTY

NO.C-396-010272-1152016-A

EX PARTE                          §        IN THE 396th JUDICIAL
                                  §
                                  §        DISTRICT COURT OF
                                  §
DESMOND LEDET                     §        TARRANT COUNTY, TX.

OBJECTION TO THE LACK OF AN EVIDENTIARY HEARING TO DEVELOP THE
FACTS PERTAINING TO EACH GROUND RAISED IN APPLICANT'S  11.07 WRIT
APPLICATION
&
RESPECTFUL REQUEST THAT THE HONORABLE HABEAS COURT WILL PLEASE
MAKE A RULING ON ALL OF APPLICANT'S MOTIONS PREVIOUSLY FILED IN
THIS CAUSE IN WHICH THE APPLICANT IS EITHER REQUESTING AN EVI-
DENTIARY HEARING, OR SEEKING TO DILIGENTLY DEVELOP THE FACTS IN
REGARDS TO ANY OF HIS GROUNDS RAISED

TO THE HONORABLE JUDGE OF THE ABOVE SAID COURT:

The Applicant, Desmond Ledet, respectfully and humbly presents

this **OBJECTION** and **REQUEST**, as stated above in the heading of

this document.  In support of this **objection and request** the Ap-

plicant presents the following:

A: The Applicant does not in any way present the following
   **objection and request** with the intent to badger, rush, or
   harass the honorable Court in any manner whatsoever. He
   is very patient, and has how ever much **patience** he will need
   to have, to obtain the relief he is seeking.

B: Nevertheless  the Applicant is aware that the the **180 days**
   that the **2014 new version of Tex. Rules of Appellate** Pro-
   **cedure** allow the habeas trial court to resolve the issues
   will be over in about 8 days.(**180 days over on approxi-
   mately Jan. 28th, 2015**)—(Today is Jan.20th, 2015) See Tex
   R.App.Proc. 73.5 .  Yet the Applicant has not yet been
   bench warranted back from TDCJ to resolve the still unre-
   solved issues.

C: Also none of the prosecutorial misconduct/BRADY Grounds
   **have even been formerly designated to be resolved, yet
   those grounds state facts, that if true, would definately
   entitle the Applicant to immediate habeas corpus relief.
   AN EVIDENTIARY HEARING IS NEEDED.**(Grounds 27-32).

D: Accordingly, the Applicant respectfully **OBJECTS** to the la-
   ck of a **LIVE HEARING** in reference to every Ground raised.
   And humbly **request** that this Court would **make a Ruling on**
   the previously filed **motions** to develop the record/evidenti-

ary hearing motions and request.

E: The Applicant, HUMBLY, also respectfully **OBJECTS** to the lack of a **RULING** on any of the previously filed motions, request, etc. seeking to develop the record(pertaining to any and every Ground) **by way of live evidentiary hearing etc.**

F: Please do not be offended by this motion in any manner. The Applicant **has highest respect** for this honorable Court . The Applicant is diligent and does not want to be misunderstood as having acquiesced to the lack of an evidentiary hearing to develop the record. Nor does the Applicant want the record to mistakenly reflect that he failed to object to a lack of a **RULING** on the multiple motions, request, etc. he has filed seeking to develop the record( on every Ground) by way of the live evidentiary hearing.

G: A quick review by this honorable Court of the habeas record filed with the District Clerk will reveal multiple motions seeking a live evidentiary hearing on every Ground . More than usual in fact. The Applicant also repeatedly requested a live evidentiary hearing in the Actual writ itself in the Memorandum of law multiple times. **Applicant has multiple time filed stamped copies of each motion.**

PRAYER

The Applicant humbly prays that this honorable Court will note these **OBJECTIONS** now placed in the Record, Rule on the multiple motions before the Court seeking to develop the habeas record, designate Grounds #27-32 to be resolved, and do issue a bench warrant for the Applicant to be returned to Tarrant County **immediately** to have the appropriate live hearings needed to fairly and justly resolve Applicant's multiple Grounds raised in his writ of habeas corpus . **If this Court needs to request an extension from the Court Of Criminal Appeals to resolve Applicant's Grounds then please do so, and then please have the proper hearings A/S/A/P.**

**RESPECTFULLY SUBMITTED,**

proof-objection/request
p.3 of 4

_Desmond Ledet_ (signature)

**DESMOND LEDET #01651095**
**Telford Unit**
**3899 State Hwy.98**
**New Boston, TX. 75570**

## CERTIFICATE OF SERVICE

I, Desmond Ledet, certify that the original and two copies of this objection/request has been hand delivered to the Tarrant County, TX. Criminal District Clerks Office with instructions to file the original with the 396th Judicial District Court of Tarrant County, TX; and to file one copy with the appellate section of the District Attorney's Office in Tarrant County, TX.

_Desmond Ledet_ (signature)